

**THE CITY OF NEW YORK**

| ZACHARY W. CARTER | **LAW DEPARTMENT** | MATTHEW J. MODAFFERI |
|---|---|---|
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | *Senior Counsel*<br>E-mail: mmodaffe@law.nyc.gov<br>Phone: (212) 356-2331<br>Fax: (212) 356-3509 |

August 18, 2015

**BY ECF and FIRST CLASS MAIL**
Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>Devin Peterson, et al. v. PO Imperatrice, et al.</u>, 15 Civ. 2139 (SAS)

Your Honor:

    I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing Defendants Joseph Imperatrice, Spencer Garrett and Jonathan Burke in the above-referenced matter. Defendants write to inform the Court that the parties have reached a settlement agreement. Accordingly, Defendants, on behalf of all parties, respectfully request an adjournment of the settlement conference scheduled for September 3, 2015 *sine die*. A Stipulation and Order of Dismissal was endorsed by the Honorable Shira A. Scheindlin on August 6, 2015.

    Thank you for your consideration herein.

              Respectfully submitted,

              /s/

              Matthew J. Modafferi
              *Senior Counsel*
              Special Federal Litigation Division

cc: Gabriel Harvis, Esq. (By ECF)
   Harvis Wright & Fett LLP
   *Attorneys for Plaintiffs*
   305 Broadway, 14th Floor
   New York, New York 10007